UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Erika A. Edwards     Docket No. 5:14-MJ-2113-1

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Erika A. Edwards, who, upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of Marijuana, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on December 10, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant committed the offenses of Driving While License Revoked on January 1 and 10, 2016 (16CR700024, 16CR700731) in Cumberland County, North Carolina. The defendant failed to notify the probation office of these charges and when confronted advised that she was trying to get them resolved prior to the probation office being notified. The defendant has been verbally reprimanded for these driving offenses. As a sanction for her conduct, it is recommended that the defendant serve two days incarceration.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,     I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt     /s/ Mindy L. Threlkeld
Robert K. Britt     Mindy L. Threlkeld
Senior U.S. Probation Officer     Senior U.S. Probation Officer
    310 Dick Street
    Fayetteville, NC 28301-5730
    Phone: 910-354-2539
    Executed On: February 29, 2016

**ORDER OF THE COURT**

Considered and ordered this 29th day of February, 2016 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge